**In re Clay FREEMAN and Marcel Broekmaat.**

**No. 2012–1158.**

United States Court of Appeals, Federal Circuit.

Jan. 15, 2013.

Christopher J. Rourk, Jackson Walker L.L.P., of Dallas, Texas, argued for appellants.

Scott C. Weidenfeller, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Thomas W. Krause, Associate Solicitor.

DYK, MOORE, and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**